PATRICK FLYNN, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Flynn* v. *N. Y. C. & H. R. R. R. Co.*, 113 App. Div. 890, affirmed.
(Argued May 30, 1907; decided June 14, 1907.)

APPEAL from a judgment, entered May 26, 1906, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant on a nonsuit at the Trial Term in an action to recover for personal injuries alleged to have been caused by defendant's negligence.

*C. D. Kiehel* for appellant.

*Daniel M. Beach* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.